UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ASSURANCE COMPANY OF AMERICA and MARYLAND CASUALTY COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:03CV960HEA |
| SYNTRAX INNOVATIONS, INC., and ACCESS COVERAGECORP, INC., | ) ) ) | |
| Defendants. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Syntrax Innovations, Inc.'s Motion for Summary Judgment as to Defendant Access Coveragecorp, Inc.'s First Amended Crossclaim, [#131].

On March 3, 2005, this Court granted Plaintiffs Assurance Company's and Maryland Casualty's Motion for Summary Judgment as to Counts I and IV of Plaintiffs' Amended Complaint against Syntrax, rescinding the 2001 and 2002 insurance policies and granting Plaintiffs restitution in the amount of $976,855.56. Satisfied with the relief granted to them, Plaintiffs filed a motion to dismiss Defendant Access from this cause of action with prejudice, which this Court granted on May 18,

1

2005.

Because Defendant Access' Crossclaim against Defendant Syntrax sought indemnity for the claims against it by Plaintiffs, and Plaintiffs have dismissed Access from this cause of action, Syntrax's Motion for Summary Judgment as to Access' First Amended Crossclaim is moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Syntrax Innovations, Inc.'s Motion for Summary Judgment as to Defendant Access Coveragecorp's First Amended Crossclaim, [#131], is denied as moot.

Dated this 19th day of July, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE