UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA and MARYLAND CASUALTY COMPANY, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 4:03CV960HEA<br>) |
| SYNTRAX INNOVATIONS, INC., and ACCESS COVERAGECORP, INC., | )<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memoranda and Orders entered in this cause,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that summary judgment is granted in favor of Plaintiffs Assurance Company of America and Maryland Casualty Company and against Syntrax Innovations, Inc. as to Counts I and IV of Plaintif's' First Amended Complaint;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Counts II, III, V and VI of Plaintiff's First Amended Complaint are dismissed;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the 2001 and 2002 insurance policies issued to Syntrax Innovations, Inc. by Plaintiffs Assurance

1

Company of America and Maryland Casualty Company are hereby rescinded, and restitution in the amount of NINE HUNDRED SEVENTY-SIX THOUSAND EIGHT HUNDRED FIFTY-FIVE DOLLARS AND FIFTY-SIX CENTS ($976,855.56) is awarded to Plaintiffs and against Defendant Syntrax;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Syntrax Innovations, Inc.'s Motion for Summary Judgment as to Plaintiffs First Amended Complaint is denied as moot;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that summary judgment is granted in favor of Defendant Access Coveragecorp, Inc. and against Defendant Syntrax Innovatons, Inc. on Syntrax's Crossclaim against Access;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Access Coveragecorp, Inc.'s Crossclaim against Syntrax Innovations, Inc. seeking indemnification for Plaintiff's claims against Access is denied as moot;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Access Coveragecorp, Inc.'s Crossclaim against Syntrax Innovations, Inc. seeking indemnification for attorneys' fees is dismissed;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Intervenor Daimon Shelton's Motion for Partial Summary Judgment, or in the Alternative, for Summary Adjudication as to Plaintiffs' Liability for Judgment Against

Syntrax is denied as moot;

Dated this 7th day of October, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE